In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-09-00008-CR

                                                ______________________________

 

 

                                   DARNELL HARTSFIELD,
Appellant

 

                                                                V.

 

                                     THE STATE OF TEXAS, Appellee

 

 

                                                                                                  


 

 

                                      On Appeal from the Fourth
Judicial District Court

                                                              Rusk County, Texas

                                                         Trial Court
No. CR05-335

 

                                                       
                                           

 

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                            Memorandum Opinion by Justice Moseley








                                                      MEMORANDUM OPINION

 

            A jury
convicted Darnell Hartsfield of five counts of capital murder; he was sentenced
to punishment at life imprisonment. Hartsfield appeals from his conviction and
has filed a single brief, in which he raises issues common to all of his
appeals.[1]  He argues that the trial court committed
reversible error in that 1) the evidence supporting his conviction was legally
and factually insufficient and 2) admitting evidence of an extraneous offense. 

            We addressed
these issues in detail in our opinion of this date in Hartsfield’s appeal in
cause number 06-09-00006-CR.  For the
reasons stated therein, we likewise conclude that error has not been shown in
this case.

            We affirm
the trial court’s judgment. 

 

 

 

                                                                        Bailey
C. Moseley

                                                                        Justice

 

Date Submitted:          October
21, 2009

Date Decided:             February
4, 2010

 

Do Not Publish           

 

 

 











[1]Defendant
appeals from five convictions, for capital murder, cause numbers 06-09-00006-CR
through 06-09-00010-CR.